

**ORDERED in the Southern District of Florida on March 3, 2026.**

*Corali Lopez-Castro* (signature)
_____
**Corali Lopez-Castro, Judge
United States Bankruptcy Court**

_____

```
           UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF FLORIDA
IN RE:

CARLA AZUCENA URREJOLA,        Case no. 25-24727-CLC

     Debtor.       /           Chapter 7
```

**ORDER GRANTING AMERICREDIT FINANCIAL SERVICES, INC. DBA GM
FINANCIAL'S MOTION FOR RELIEF FROM STAY**

**THIS CAUSE** came before the Court on *AmeriCredit Financial Services, Inc. dba GM Financial's Motion for Relief from Stay* (DE 18). AmeriCredit Financial Services, Inc. dba GM Financial served the debtor, debtor's attorney, and the Trustee, with copies of the Motion for Relief from Stay and all exhibits to the motion. By submitting this form of order, AmeriCredit Financial Services, Inc. dba GM Financial represents that the motion was served on all parties required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the AmeriCredit Financial Services, Inc. dba GM

Financial, a response to the motion, and that the form of order was attached as an exhibit to the motion. Upon consideration of the motion and the record, it is

**ORDERED** that:

1. The motion is <u>GRANTED</u>, and the stay imposed pursuant to 11 U.S.C. Section 362 is modified to allow AmeriCredit Financial Services, Inc. dba GM Financial to repossess or replevy the **2019 DODGE CHARGER SEDAN 4D SXT AWD 3.6L V6 VEHICLE, VIN 2C3CDXJG8KH743322**, to sell the vehicle, and to apply the proceeds of the sale of the vehicle to the amount owed to AmeriCredit Financial Services, Inc. dba GM Financial.

2. AmeriCredit Financial Services, Inc. dba GM Financial shall not seek nor obtain any <u>in</u> <u>personam</u> judgment against the debtor.

3. Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure is not applicable and AmeriCredit Financial Services, Inc. dba GM Financial may immediately enforce and implement this order granting relief from stay.

###

Submitted by:
Gerard M. Kouri, Jr., Esq.
GERARD M. KOURI, JR., P.A.
5311 King Arthur Ave, Davie, FL 33331
Tel (954) 862-1731; Fax  (954) 862-1732
Email: gmkouri@aol.com

Attorney Kouri is directed to mail or transmit a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.